## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*CR08-54-2*

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | **FILED UNDER SEAL** |
| Plaintiff, : | |
| : | |
| v. : | Case No. 07- 215 M |
| : | |
| JOSE ANTONIO TORRES, : | |
| : | |
| Defendant. : | |

### MOTION AND ORDER FOR ARREST WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and hereby moves this Honorable Court to issue a warrant for the arrest of the above-named defendant, based upon the Criminal Complaint issued on October 29, 2007, because the defendant has not yet been apprehended on that Complaint.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: October 29, 2007

**AND NOW**, to wit, this _____ day of _____, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant for the arrest of the defendant be issued.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge