# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: <u>April 1st, 2008</u>

Mr. Peter T. Dalleo
Clerk, United States District Court
4209 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519



Re:  <u>United States of America   v.</u>

<u>José Antonio Torres</u>

Your Case No: <u>07-215 (M)</u>

Our Magistrate's Case No. <u>08-151 (M)</u>

Dear Sir:

I am enclosing Magistrate's record of proceedings and a certified copy of the docket

entries in above case pertaining to your district, filed in this office on <u>March 20, 2008</u>.

Please acknowledge receipt in the enclosed copy of this letter.

Very truly yours,

FRANCES RÍOS DE MORÁN
Clerk of the Court

By: <u>  Jyoti Mehta-López  </u>

Deputy Clerk

Enclosure

CLOSED

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-00151-BJM-1
## *SEALED*
## Internal Use Only

Case title: USA v. Torres

Date Filed: 03/20/2008
Date Terminated: 03/24/2008

Assigned to: US Magistrate
Judge Bruce J. McGiverin

### Defendant (1)

**Jose Antonio Torres**
*TERMINATED: 03/24/2008*

represented by **Joseph C. Laws**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4927
Fax: 787-281-4899
Email: joseph_laws@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Melanie Carrillo-Jimenez**
Federal Public Defender's Office

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the District of Puerto Rico
By: _Ana Ma. Mendez Lopez_
Deputy Clerk
Date: _4/3/08_

Patio Gallery Building
241 Franklin D. Roosevelt
Ave.
Hato Rey, PR 00918-2441
787-281-4922
Fax: 787-281-4899
Email:
melanie_carrillo@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Federal Public*
*Defender*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                  **Disposition**

None

---

**Interested Party**
**Pretrial Services**

Case 1:08-cr-00054-GMS    Document 11    Filed 04/07/2008    Page 4 of 14

**Plaintiff**

**USA**                         represented by **Carlos R. Cardona**
                                United States Attorney's
                                Office
                                350 Carlos Chardon St.
                                Suite 1201
                                San Juan, PR 00918
                                787-282-1876
                                Fax: 787-766-5398
                                Email:
                                carlos.r.cardona@usdoj.gov
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE*
                                *NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/20/2008 | 1 | Rule 5 Documents Received as to Jose Antonio Torres (yr) (Entered: 03/24/2008) |
| 03/20/2008 |  | Arrest of Jose Antonio Torres in Puerto Rico. (yr) (Entered: 03/24/2008) |
| 03/20/2008 | 2 | *RESTRICTED* CJA 23 Financial Affidavit by Jose Antonio Torres (yr) (Entered: 03/24/2008) |
| 03/20/2008 | 3 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Initial Appearance as to Jose Antonio Torres held on 3/20/2008. Deft was interviewed by PTS, given copy of the complaint (w/o affidavit), and advised of the charges and as to his rights. FPD appointed. **Removal/ID/Detention Hearing are set for 3/24/2008 at 2:00 PM before US Magistrate Judge Bruce J. McGiverin.** Deft remains |

Case 1:08-cr-00054-GMS    Document 11    Filed 04/07/2008    Page 5 of 14

| | | |
|---|---|---|
| | | detained pending hearing. (SAUSA Carlos Roldan. PTS Angel Meaux. INT Tommy Kavelin. CR N/A. CD Jyoti Mehta.) (jm) (Entered: 03/24/2008) |
| 03/20/2008 | 4 | ORDER OF TEMPORARY DETENTION as to Jose Antonio Torres . Signed by US Magistrate Judge Bruce J. McGiverin on 3/20/2008.(jm) (Entered: 03/24/2008) |
| 03/20/2008 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Antonio Torres. Joseph C. Laws for Jose Antonio Torres appointed. Signed by Clerk on 3/20/2008.(jm) (Entered: 03/24/2008) |
| 03/24/2008 | 6 | NOTICE OF ATTORNEY APPEARANCE: Melanie Carrillo-Jimenez appearing for Jose Antonio Torres (jm) (Entered: 03/24/2008) |
| 03/24/2008 | 7 | WAIVER of Rule 5 Hearings by Jose Antonio Torres (jm) (Entered: 03/24/2008) |
| 03/24/2008 | 8 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Removal/ID/Detention Hearing as to Jose Antonio Torres held on 3/24/2008. Deft waived the identity hearing but reserves the right to have a preliminary and detention hearing in the District of Delaware. The Court ordered that the deft be removed to the District of Delaware forthwith. Deft is to remain detained until removed by the USM. Commitment to Another District to be issued. Defense counsel stated for the record that there exists a conflict of interest in the FPD's legal representation of this deft and of deft Sharon G. Aguayo-Rivera in case 08-150 (M). It is noted for the record that both defts will need separate counsel for further proceedings. (SAUSA Carlos Roldan. AFPD Joannie Plaza. INT Tommy Kavelin. CR FTR. CD Jyoti Mehta.) (jm) (Entered: 03/24/2008) |
| 03/24/2008 | 9 | COMMITMENT TO ANOTHER DISTRICT as to |

| | | |
|---|---|---|
| | | Jose Antonio Torres. Defendant committed to District of Delaware. Signed by US Magistrate Judge Bruce J. McGiverin on 3/24/2008.(jm) (Entered: 03/25/2008) |
| 03/24/2008 | ❏ | (Court only) ***Terminated defendant Jose Antonio Torres, pending deadlines, and motions. (jm) (Entered: 04/02/2008) |
| 03/24/2008 | ❏ | (Court only) ***Case Terminated as to Jose Antonio Torres (jm) (Entered: 04/02/2008) |
| 03/25/2008 | ❏ | (Court only) Copy of DKT entries and PDF copy of Commitment to Another District sent by e-mail to USA, FPD, USM and PTS. S/C of DKT 9 sent to USM. (jm) (Entered: 03/25/2008) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2008 MAR 20  AM 11: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **FILED UNDER SEAL**   $08$-$151$ $(M)$ |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 07-$215$M |
| | : | |
| JOSE ANTONIO TORRES, | : | |
| | : | |
| Defendant. | : | |



## MOTION AND ORDER FOR ARREST WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant

United States Attorney, and hereby moves this Honorable Court to issue a warrant for the arrest

of the above-named defendant, based upon the Criminal Complaint issued on October 29, 2007,

because the defendant has not yet been apprehended on that Complaint.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Keith M. Rosen
Dated: October 29, 2007                     Assistant United States Attorney

**AND NOW**, to wit, this _____ $29$ _____ day of _____ *October* _____, 2007, upon

the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant for the arrest of the defendant

be issued.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **SEALED** |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 07- **215 M** |
| | : | |
| JOSE ANTONIO TORRES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this _29_ day of _October_ __, 2007, based upon the

government's Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest

Warrant, Motion for Arrest Warrant, Motion to Seal, this Order, and related file be **sealed** until

further Order of the Court; with the exception that the file may be unsealed for the limited

purpose of entering the arrest warrant into the NCIC system by the United States Marshals

Service.

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **FILED UNDER SEAL** |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 07- $2\,15\,M$ |
| | : | |
| JOSE ANTONIO TORRES, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant

United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint,

Motion for Arrest Warrant, Arrest Warrant, this Motion and Order to Seal, and the related file in

the above-captioned case until further Order of the Court, as the defendant has not yet been

apprehended; with the exception that the file may be unsealed for the limited purpose of entering

the arrest warrant into the NCIC system by the United States Marshals Service. A proposed

Order is attached.

COLM F. CONNOLLY
United States Attorney

BY: _____

Keith M. Rosen
Assistant United States Attorney

Dated: October 29, 2007

✎ AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____  District of  _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| **V.** | |
| JOSE ANTONIO TORRES | Case Number:   08-151 (M) |
| *Defendant* | |

Upon motion of the _____ GOVERNMENT _____ , it is ORDERED that a
REMOVAL AND
DETENTION hearing is set for    MARCH 24, 2008 ___ * at _____ 2:00 P.M. ___
                                    *Date*                                          *Time*

before _____ BRUCE McGIVERIN, U.S. MAGISTRATE JUDGE _____
                                    *Name of Judicial Officer*

_____ 4ᵗʰ FLOOR, FEDERAL BUILDING, CHARDÓN AVE., HATO REY _____
                                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                *Other Custodial Official*

Date:
          MARCH 20, 2008                          *s/ Bruce J. McGiverin*
_____          _____
                                                  BRUCE McGIVERIN, U.S. MAGISTRATE JUDGE

_____

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff,*

    v                            CRIMINAL NO.  08-151  (BJM)

JOSE ANTONIO TORRES,
    *Defendant.*

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD)

as counsel for defendant **José Antonio Torres.**

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of

filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and

to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    In San Juan, Puerto Rico, on the 24th day of March, 2008.

                    **JOSEPH C. LAWS, JR.**
                      **Federal Public Defender**
                      **District of Puerto Rico**

                    S/Melanie Carrillo-Jimenez
                    MELANIE CARRILLO-JIMENEZ
                    Assistant Federal Public Defender
                    USDC-PR  225107
                    241 F.D. Roosevelt Avenue
                    San Juan, PR  00918-2305
                    Phone No. (787) 281-4922
                    Melanie_Carrillo@fd.org

**USA v. Jose Antonio Torres**                                                    **Page 2**
**Criminal No. 08-151 (BJM)**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties

of record.

In San Juan, Puerto Rico, this 24th day of March, 2008.


                              **JOSEPH C. LAWS, JR.**
                              **Federal Public Defender**
                              **District of Puerto Rico**

                              S/Melanie Carrillo-Jimenez
                              MELANIE CARRILLO-JIMENEZ
                              Assistant Federal Public Defender
                              USDC-PR   225107
                              241 F.D. Roosevelt Avenue
                              San Juan, PR  00918-2305
                              Phone No. (787) 281-4922
                              Melanie_Carrillo@fd.org

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**2008 MAR 24  PM 2: 22**

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Jose Antonio Torres

Defendant

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER:  $08$-$151$

CHARGING DISTRICTS
CASE NUMBER:  _____

I understand that charges are pending in the _____ District of Delaware

alleging violation of  42 USC 408 (a)(7)(c)  and that I have been arrested in this district and

(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(    )  identity hearing

(    )  preliminary hearing

( ✓ )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Defendant_ _____

March 24, 2008
_____
_Date_

_Defense Counsel_ _____



# UNITED STATES DISTRICT COURT

FOR _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA<br>V.<br>JOSE ANTONIO TORRES | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| PUERTO RICO | DISTRICT OF DELAWARE | 08-151 (M) | 07-215 (M) |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   X Complaint   ☐ Other

charging a violation of     18     **U.S.C. §** 371, 1028(a)(2), (3), (7) and (8);   42 USC § 408(a)(7)(C)

**DISTRICT OF OFFENSE**
DISTRICT OF DELAWARE

**DESCRIPTION OF CHARGES:**

Defendant did knowingly transfer five or more identification documents, knowing that such documents were stolen or produced without lawful authority, with the intent to commit, aid, and abet, or in connection with, an unlawful activity that constitutes a violation of Federal law.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after identity/removal hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Defendant waived detention hearing in District of Arrest but reserves right to detention hearing in District of Offense.

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☐ No | X Yes | Language:  SPANISH | |
|---|---|---|---|---|

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant forthwith with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 3/24/2008 | *s/ Bruce J. McGiverin* |
|---|---|
| Date | U.S. Magistrate Judge |

| **RETURN** |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|