AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

U.S. v. TORRES

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| 5/8/08 | CR08-54-1-2 | Kincaid | | | | |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| THERESA SUZANNE BETTS | | 1:28 pm | 1:34 pm | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |

FILED
MAY 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE