OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

May 13, 2008

Larrick Stapleton, Esq.
50 Rittenhouse Place
Ardmore, PA  19003

                    RE:  U.S.A. v. SHARON G. AGUAYO-RIVERA
                         C.R. 08-54-1-GMS

Dear Mr. Stapleton:

    Enclosed is a copy of the Court's order appointing you counsel
under the Criminal Justice Act in the above criminal case.  This
appointment requires representation of the defendant for all
proceedings in this Court.  When the proceedings in this Court are
completed, the attached voucher should be submitted to this office
within 45 days for approval of payment.  Please complete box 21,
Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will
generally appoint you to represent the defendant for the appellate
proceedings.  The Clerk of the 3rd Circuit Court of Appeals will
issue another CJA voucher for service rendered in their Court.  If
the Notice of Appeal is filed and you wish to withdraw as counsel,
please address said motion to the Clerk, 3rd Circuit Court of
Appeals.

                         Sincerely,

                         PETER T. DALLEO, CLERK

                         BY: Brian K Blackwell
                             Deputy Clerk

PTD/bkb
enclosure

cc: Keith M. Rosen, AUSA
    Peter A. Levin, Esq.

2008 MAY 13 PM 2:55

DISTRICT OF DELAWARE
CLERK US DISTRICT COURT
FILED