IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  JOSE ANTONIO-TORRES   CASE NO. CR 08-54-2

The defendant,  JOSE ANTONIO - TORRES , having been scheduled for arraignment on  MAY 8, 2008  a continuance having been requested by  DEFENDANT'S COUNSEL  for the following reasons:  FOR SCHEDULING PURPOSES  and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to   MAY 22, 2008

(2) The period between MAY 8, 2008  and  MAY 22, 2008  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: May 22, 2008                                        *[signature]*