UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>Jose Antonio Torres<br>    Defendant | Cr. No. 08-54-2-GMS |

### ORDER

This 22nd day of May, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before June 6, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

              _____
              Mary Pat Thynge
              UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
   United States Attorney