# Peter A. Levin
Attorney at Law

1927 Hamilton Street
Philadelphia, PA 19130
(215) 563-3454
Fax (215) 563-3371

811 Church Road
Suite 105
Cherry Hill, N.J. 08002

May 29, 2008

Clerk of Court
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building, Fourth Floor
844 North King Street
Wilmington, DE 19801

RE: USA v. Torres  08-54-2-GMS

Dear Clerk of Court:

    Enclosed please find original of Motion in the above matter.

    Thank you.

Sincerely,

Peter A. Levin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

    V.

                                CRIMINAL NO. 08-54-2 GMS

JOSE A. TORRES

                 ORDER

    AND NOW, this      day of         2008, upon consideration of the Defendant's Motion for Enlargement of Time within which to file Pre-Trial Motions it is hereby ORDERED and DECREED that said Motion is GRANTED.

                                      BY THE COURT:

                                      J._____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

JOSE A. TORRES

CRIMINAL NO. 08-54-2 GMS

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PRE-TRIAL MOTIONS**

Defendant, JOSE A. TORRES, by his attorney, Peter A. Levin, respectfully moves this Honorable Court to enter an Order pursuant to Rule 45 (B) of the Federal Rules of Criminal Procedure, enlarging time within which to file Pre-Trial Motions. In support there of he asserts the following:

1. Defendant is charged with wire conspiracy to commit aggravated identity theft and related charges.

2. On May 22, 2008, the defendant was arraigned and entered a plea of not guilty to the above-captioned indictment.

3. Counsel as of this date has not received any discovery on the case.

4. The defendant is incarcerated and speaks limited English.

5. In order to properly prepare Pre-Trial Motions on the above matter, counsel needs additional time to review the discovery in this matter when it is received and go over it with the defendant.

WHEREFORE, Defendant, respectfully requests this Honorable Court to enter an Order granting an Enlargement of Time to file Pre-Trial Motions within thirty days.

Respectfully submitted,

Peter A. Levin
Attorney for Defendant

## CERTIFICATE OF SERVICE

Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by First Class Mail to:

Keith M. Rosen, Esquire
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19899-2046

_____
Peter A. Levin, Esquire
1927 Hamilton Street
Philadelphia, PA 19130

**Date:**  5/29/08