IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

   v.

               CRIMINAL NO. 08-54-2 GMS

JOSE A. TORRES

        ORDER

AND NOW, this 11th day of June 2008, upon consideration of the Defendant's Motion for Enlargement of Time within which to file Pre-Trial Motions it is hereby ORDERED and DECREED that said Motion is GRANTED.

*Pretrial mtns. due July 11, 2008.*

BY THE COURT:

J. _____

FILED

JUN 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE