## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

    V.

JOSE A. TORRES

CRIMINAL NO. 08-54-2 GMS

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PRE-TRIAL MOTIONS**

    Defendant, JOSE A. TORRES, by his attorney, Peter A. Levin, respectfully moves this Honorable Court to enter an Order pursuant to Rule 45 (B) of the Federal Rules of Criminal Procedure, enlarging time within which to file Pre-Trial Motions. In support there of he asserts the following:

1. Defendant is charged with wire conspiracy to commit aggravated identity theft and related charges. On May 22, 2008, the defendant was arraigned and entered a plea of not guilty to the above-captioned indictment.

2 Pre-trial motions are due on July 11, 2008.

3. Plea discussions are under way with the government but will not be concluded until mid August due to vacation schedules of counsel. It is anticipated that no pre trial motions will be filed but in an abundance of caution counsel is requesting an extension of time to file pre trial motions until August 20 in the event that pre trial motions are necessary.

4. The government is not opposed to the extension of time.

    WHEREFORE, Defendant , respectfully requests this Honorable Court to enter an Order granting an Enlargement of Time to file Pre-Trial Motions if necessary by August 20, 2008.

Respectfully submitted,

Peter A. Levin

## CERTIFICATE OF SERVICE

Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by First Class Mail to:

Keith M. Rosen, Esquire
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19899-2046


_____
Peter A. Levin, Esquire
1927 Hamilton Street
Philadelphia, PA 19130

**Date:**  7/8/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

    V.

                                   CRIMINAL NO. 08-54-2 GMS

JOSE A. TORRES

ORDER

AND NOW, this ____ day of _____ 2008, upon consideration of the Defendant's Unopposed Motion for Enlargement of Time within which to file Pre-Trial Motions it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

J._____