IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

JOSE A. TORRES

CRIMINAL NO. 08-54-2 GMS

ORDER

AND NOW, this 14th day of July 2008, upon consideration of the Defendant's Unopposed Motion for Enlargement of Time within which to file Pre-Trial Motions it is hereby ORDERED and DECREED that said Motion is GRANTED.

Motions due 8/20/08

BY THE COURT:

J. _____

FILED

JUL 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE